(FMOx), CLOSED, DISCOVERY, MANADR, TRANSFERRED

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:07-cv-01283-ABC-FMO

| | |
|---|---|
| Wendy Williams v. Sharp Corporation et al | Date Filed: 02/26/2007 |
| Assigned to: Judge Audrey B. Collins | Date Terminated: 06/08/2007 |
| Referred to: Magistrate Judge Fernando M. Olguin | Jury Demand: Plaintiff |
| Cause: 15:0001 Antitrust Litigation | Nature of Suit: 410 Anti-Trust |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Wendy Williams**
*individually and on behalf of all others similarly situated*

represented by **Lawrence Dumzo Nwajei**
Lawrence D Nwajei Law Offices
4221 Wilshire Boulevard, Suite 392
Los Angeles, CA 90010
323-549-0201
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nnamdi Azuwuike Ekenna**
Nnamdi A Ekenna Law Offices
4221 Wilshire Boulevard, Suite 392
Los Angeles, CA 90010-3537
323-549-0201
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Sharp Corporation**

**Defendant**

**Sharp Electronics Corporation**

**Defendant**

**LG Philips LCD Company Ltd**

**Defendant**

**LG Electronics USA Inc**

**Defendant**

**Philips Electronics North America Corp**

**Defendant**

**Samsung Electronics Co Ltd**

**Defendant**

**Samsung**

**Defendant**



Toshiba Corporation

**Defendant**

**Hitachi Ltd**

**Defendant**

**Hitachi Electronic Devices USA Inc**

**Defendant**

**Sanyo Epson Imaging Devices Corporation**

**Defendant**

**NIT Corporation**

**Defendant**

**NEC Electronics America Ltd**

**Defendant**

**IDT International Ltd**

**Defendant**

**International Display Technology USA Inc**

**Defendant**

**AU Optronics Corp**

**Defendant**

**AU Optronics Corporation Americas**

**Defendant**

**Chi Mei Optoelectronics USA Inc**

**Defendant**

**Chunghwa Picture Tubes Ltd**

**Defendant**

**HannStar Display Corporation**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/26/2007 | 1 | COMPLAINT against defendants Samsung Electronics Co Ltd, Samsung, Toshiba Corporation, Hitachi Ltd, Hitachi Electronic Devices USA Inc, Sanyo Epson Imaging Devices Corporation, NIT Corporation, NEC Electronics America Ltd, IDT International Ltd, International Display Technology USA Inc, AU Optronics Corp, AU Optronics Corporation Americas, Chi Mei Optoelectronics USA Inc, Chunghwa Picture Tubes Ltd, HannStar Display Corporation, Sharp Corporation, Sharp Electronics Corporation, LG Philips LCD Company Ltd, LG Electronics USA Inc, Philips Electronics North America Corp.(Filing fee $ 350 Paid) Jury Demanded. , filed by plaintiff Wendy Williams.(rrey, ) (Entered: 03/06/2007) |
| 02/26/2007 | 2 | CERTIFICATION AND NOTICE of Interested Parties filed by Plaintiff Wendy Williams. (rrey, ) (Entered: 03/06/2007) |

| | | |
|---|---|---|
| 02/26/2007 | 3 | NOTICE TO PARTIES OF ADR PILOT PROGRAM filed.(rrey, ) (Entered: 03/06/2007) |
| 02/26/2007 | | FAX number for Attorney Nnamdi Azuwuike Ekenna is 323-549-0211. (rrey, ) (Entered: 03/06/2007) |
| 02/26/2007 | | FAX number for Attorney Nnamdi Azuwuike Ekenna is 323-549-0211. (rrey, ) (Entered: 03/06/2007) |
| 05/30/2007 | 4 | MINUTES OF IN CHAMBERS ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION held before Judge Audrey B. Collins : IT IS ORDERED that plaintiffs counsel show cause in writing not later than 6/26/2007 why this action should not be dismissed for lack of prosecution as to all named defendants. The Court will consider as a satisfactory response the filing of the following on or before the date shown above: proof of service of summons and complaint on all named defendants, answer by all named defendants or plaintiffs request for entry of defaulr, stipulation and order extending time to respond to complaint. Failure to file a timely response is deemed consent to the dismissal without prejudice of the action as to the above defendants. (see document for further details) (klg, ) (Entered: 05/31/2007) |
| 06/05/2007 | 5 | CONDITIONAL TRANSFER ORDER(CTO-1) from the Judicial Panel on Multidistrict Litigation MDL 1827, transferring case to USDC Northern California, assigned to Judge Susan Yvonne Illston. Original file, certified copy of the transfer order and docket sheet sent. (MD JS-6. Case Terminated.), (lc) (Entered: 06/08/2007) |
| 06/08/2007 | | Transfer Out Transmittal Letter. Original case file, a certified copy of the docket sheet and cc transfer order, letter of transfer sent to USDC Northern California at San Francisco, California on 6/8/07. (lc) (Entered: 06/08/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/08/2007 14:00:32 | | | |
| PACER Login: | us3877 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:07-cv-01283-ABC-FMO |
| Billable Pages: | 3 | Cost: | 0.24 |